# Exhibit 1

**Amazon** prime | | All ▾ | | 🇺🇸 | Account & Lists ▾ | Returns & Orders | 🛒 0

☰ All  Back to School  Off to College  Groceries ▾  Buy Again  Amazon Business ▾  Shopper Toolkit    Shop Same-Day delivery

## lituo sport

Visit the lituo sport storefront

★★★★★  |  **100% positive** in the last 12 months (114 ratings)

### About Seller

lituo sport is committed to providing each customer with the highest standard of customer service.

**Have a question for lituo sport?**

[ Ask a question ]

### Feedback

★★★★★ "For the price this is looks to be an excellent product. I purchased these waders for my wife and I in both cases the overall shoe and body fit was spot on."
By derek mccandless on August 10, 2022.

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| **Positive** | 100% | 100% | 100% | 100% |
| Neutral | 0% | 0% | 0% | 0% |
| Negative | 0% | 0% | 0% | 0% |
| Count | 25 | 55 | 114 | 114 |

★★★★★ "Absolutely love these deck boots. Great fit and very comfortable."
By Samuel on August 10, 2022.

★★★★★ "As promised"
By Amazon Customer on August 10, 2022.

★★★★★ "AS DESCRIBED. DO A GREAT JOB AT KEEPING FEET DRY."
By Anthony Economou on August 9, 2022.

★★★★★ "AS DESCRIBED"
By Anthony Economou on August 9, 2022.

Previous  Next

**Leave seller feedback**

### Return & Refund Policies

Please refer to the Amazon.com Return Policy .

### Detailed Seller Information

**Business Name:** DONGGUANSHI LITUO YUNDONGYONGPIN YOUXIANGONGSI
**Business Address:**
wanjiangjiedao wanjiangshequ guansuidadao
wanxinggongyequ Ehuishanghwugang 350 351shi
dongguan
guangdong
523000





523000
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Amazon Assistant
Help

amazon
English
United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
Amazon Drive Cloud storage from Amazon
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Alexa Actionable Analytics for the Web
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Ignite Sell your original Digital Educational Resources
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Book Depository
Box Office Mojo
ComiXology Thousands of Digital Comics
DPReview Digital Photography
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations

Case 1:22-cv-00583-DAE   Document 18-2   Filed 08/12/22   Page 4 of 4

| | | Books With Free Delivery Worldwide | Find Movie Box Office Data | | | | |
|---|---|---|---|---|---|---|---|
| IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products |
| Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts |
| | | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2022, Amazon.com, Inc. or its affiliates