**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| JAMES K. DONOHUE and DRYSHOD INTERNATIONAL, LLC, | § | |
| Plaintiffs, | § | |
| v. | § | CASE No: 1:22-cv-00583-LY |
| ZHENYIN "STEVEN" WANG D/B/A DRYCODE | § | |
| Defendant. | § | |
| | § | |
| | § | |

**DECLARATION OF YU-HAO (MICKEY) YAO**

I, Yu-Hao (Mickey) Yao, declare and state as follows:

1.      I am counsel of record for Defendant, Zhenyin Wang in the above captioned action. I submit this Declaration in support of Defendant's Motion to Dismiss and in opposition to Plaintiff's Motion for a Preliminary Injunction. I am personally knowledgeable of the matters set forth in this declaration, and if called upon to do so, I could and would competently testify to the following facts set forth below.

2.      On or about August 11, 2022, I clicked the Amazon listing (https://www.amazon.com/DRYCODE-Waterproof-Neoprene-Durable-Gardening/dp/B09L5N5234) provided by Plaintiff in Plaintiff's counsel's declaration (Dkt. No. 6-11). *See* **Exhibit 1**. I found this product listing is actually sold by Amazon Store "lituo sport". *Id*. I clicked the Amazon Store "lituo sport"and found that the business seller information shows that the Amazon Store "lituo sport" is owned and operated by Dongguanshi Lituo Yundongyongpin Youxiangongsi, not Defendant Zhenying Wang. *See* **Exhibit 2**.

3.      On  or  about  August  11,  2022,  I  clicked  the  Amazon  listing
(https://www.amazon.com/DRYCODE-Waterproof-Neoprene-Hunting-
Outdoor/dp/B095SJDZSD/ref=pd_lpo_1?pd_rd_i=B0B4N66GZ8&psc=1)  provided  by  Plaintiff
in Plaintiff's counsel's declaration (Dkt. No. 6-11). *See* **Exhibit 3**. I found this product listing is
actually sold by Amazon Store "lituo sport". *Id*. I clicked the Amazon Store "lituo sport"and found
that  the  business  seller  information  shows  that  the  Amazon  Store  "lituo  sport"  is  owned  and
operated by Dongguanshi Lituo Yundongyongpin Youxiangongsi, not Defendant Zhenying Wang.
*See* **Exhibit 4**.


I declare under penalty of perjury under the laws of the United States of America that the foregoing
is true and correct. Executed this 11th day of August 2022, at Los Angeles, California.


By: /s/ Yu-Hao (Mickey) Yao
    Yu-Hao (Mickey) Yao, Esq.