

- Rubber soles with deep tread are perfect for any workplace terrain to prevent slips and falls.
- 【Comfortable and User-Friendly】Breathable inner lining create outstanding air circulation throughout the boots, keeping your feet cool when warm. Add 6mm neoprene in the boots to offer comfort and warmth for your feet when the temperature drops. The pull-on enables easy on and off to get you out the door quicker.
- 【Multi-Use】DRYCODE's work boots with premium quality, are perfect for all workplaces. Whether you work on a farm, in a garden, fishery, construction sites, manufacturing plants, or more, DRYCODE's work boots will meet your needs.



10% off coupon

Live Your Passion

TIDEWE Rubber Boots for Men…
2,572
$45.99 ✓prime

Sponsored ⓘ

 TIDEWE Rubber Boots for Men Multi-Season, Waterproof Rain Boots with Steel Shank, 6mm Neoprene Durable…
$45.99 ✓prime
10% off coupon

Sponsored ⓘ

# Buy it with



Total price: $153.87

[Add both to Cart]

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** DRYCODE Muck Work Boots for Men with Steel Shank, Waterproof Rubber Boots, Warm 6mm Neoprene … $76.88
☑ TIDEWE Rubber Work Boot for Men with Steel Shank, Waterproof Anti Slip Hunting Boot, Warm 6mm Neoprene Hu… $76.99

# More in this color

Sponsored ⓘ

    

| DRYCODE Muck Rubber Boots for Men and Women, Waterproof Rain Boots, 6mm… | TIDEWE Rubber Neoprene Boots Men And Women, Waterproof Durable 6mm… | DRYCODE Rain Boots for Men and Women ALL Seasons, 4.5mm Neoprene Mid Calf… | Obcursco Waterproof 6mm Neoprene Rubber Boot for Men and Women Insulated Rain… | TIDEWE Rubber Boots for Men, 5.5mm Neoprene Insulated Rain Boots with Steel… |
|---|---|---|---|---|
| ★★★★½ 284 | ★★★★½ 3,469 | ★★★★½ 49 | ★★★★½ 614 | ★★★★½ 517 |
| $55.88 prime | #1 Best Seller | $49.88 prime | $79.99 prime | $79.99 prime |
| Save $5.00 with coupon (some sizes/colors) | $89.99 prime | Save 6% with coupon (some sizes/colors) | | |
| | Save $5.00 with coupon (some sizes/colors) | | | |

## Special offers and product promotions

- ☐ **Clip this coupon** to save $5 on this product when you buy from lituo sport. Here's how ⌄ (restrictions apply)
- Save 5% on **Fishing Chest Waders** when you purchase 1 or more Muck Work Boots for Men offered by lituo sport. Here's how ⌄ (restrictions apply)
  **Add both to Cart**

## Product Description

**Removable Lightweight EVA Fleece sockliner.**

**100% Water-resistant Lightweight Neoprene Boots for Extreme Outdoor Conditions.**

**Sturdy pull tabs for easy-on/easy-off convenience and safety.**



| | DRYCODE Muck Rubber Boots Waterproof | DRYCODE Muck Rubber Boots Waterproof | DRYCODE Rubber Rain Boots | DRYCODE Rubber Rain Boots | DRYCODE Rubber Rain Boots |
|---|---|---|---|---|---|
| Insulation | ✓ | ✓ | ✓ | ✓ | ✓ |
| Color | Aqua Blue | Graphite Black | Reed Grass | Black | Black |
| Material | 3mm Neoprene | 3mm Neoprene | 6mm Neoprene | 4.5mm Neoprene | 5.0mm Neoprene |
| Boots Material | Rubber | Rubber | Rubber | Rubber | Rubber |
| Waterproof | ✓ | ✓ | ✓ | ✓ | ✓ |
| Size | US Size Men and Women 7-14 | US Size Men and Women 7-14 | US Size Men and Women 5-14 | US Size Men and Women 6-11 | US Size Men and Women 5-11 |

## Product details

**Is Discontinued By Manufacturer :** No

**Product Dimensions :** 16 x 12 x 4 inches; 6.83 Pounds

**Department :** Mens

**Date First Available :** May 20, 2021

**Manufacturer :** DRYCODE

**ASIN :** B095H24W7R

**Best Sellers Rank:** #50,286 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
 #8 in Men's Hunting Shoes
 #19 in Men's Rain Boots

**Customer Reviews:** ★★★★½   427 ratings

## Inspiration from this brand



D DRYCODE
Visit the Store on Amazon       + Follow



Waterproof Durable 6mm Warm Rubber Neoprene Boots



Durable Muck Mud Boots



Great arch support, high boot for protection, the strap at the top are…



Top Muck Mud for Men & Wom



How confident are you in finding a size that will fit you well?

Not at all   Somewhat   Fairly   Very   Extremely

Submit

# Videos

**Videos for this product**



0:47

DRYCODE 6mm Rubber Waterproof muck boots for men

lituo sport

Upload your video

# Products related to this item

Sponsored







| DRYCODE Muck Rubber Boots for Men and Women, Waterproof Rain Boots, 6mm… | TIDEWE Rubber Neoprene Boots Men And Women, Waterproof Durable 6mm… | 8 Fans Men's Fly Fishing Hunting Wading Boots Anti-Slip Durable Rubber Sole Lightwe… | DRYCODE Rubber Boots for Men All Season, Waterproof Rain Boots with Steel Shank, 5m… | 8 Fans Rubber Hunting Boots with 1000G Thinsulate Insulation,Realtree… |
|---|---|---|---|---|
| ★★★★½ 284 | ★★★★½ 3,469 | ★★★★½ 428 | ★★★★½ 150 | ★★★★½ 70 |
| $55.88 prime | #1 Best Seller | $76.99 prime | $49.88 prime | $129.99 prime |
| | $79.99 prime | | | |
| | Prime Try Before You Buy | | | |

10% off coupon

TIDEWE
Live Your Passion

Live Your Passion

TIDEWE Rubber Boots for Men Multi-Season, Waterproof Rain Boots with Steel Shank, 6mm Neoprene Durable Rubber Outdoor Hunting Boots Realtree Edge Camo (Black, Brown & Camo)

★★★★½ 2,572

$45.99 prime

Shop now

Sponsored ⓘ

# Customer questions & answers

See questions and answers ›

## Customer reviews

 4.3 out of 5

427 global ratings

| 5 star | | 66% |
|---|---|---|

## Reviews with images

| | |
|---|---|
| 4 star | 16% |
| 3 star | 8% |
| 2 star | 4% |
| 1 star | 8% |

 How customer reviews and ratings work



   

See all customer images

**Top reviews from the United States**

Dan Kelly

★★☆☆☆ **Comfortable bu not very durable for the price.**

Reviewed in the United States on March 3, 2022

Size: 12 Women/12 Men | Color: Black | **Verified Purchase**

Arrived on time, comfortable with the addition of some Dr. Scholls insoles, they were a great water proof workboot until I realized the tread in the heel is only about 1/8" thick until it wears through to large voids in the heel tread allowing water directly into the boot making them 0% waterproof in only about 2 weeks wearing them at work on a construction site. They are listed as a work boot but thought the tread would be a little more durable. Might be ok if you are standing still in one spot constantly but if you are doind lots of walking the tread will wear very quickly.

8 people found this helpful

Helpful | Report abuse

Who?

★★★★★ **huh huh huh... "Muck"**

Reviewed in the United States on May 4, 2022

Size: 9 Women/8 Men | Color: Black | **Verified Purchase**

I bought these boots as opposed to the "top rated," "fashion" type waterproof boots that I really wanted. They were sleek, and multi colored, and ankle high for street wear, but as usual, my wife is right. She said, "You idiot! You need a steel toe - remember what happened to your Uncle Charlie!?" Yes, I sighed. "And c'mon, you need a full body waterproof suit, but that's too expensive for your measly salary." Yes, I sighed.
So I bought these, which go pretty far up a man's calf to provide some pretty great protection from whatever you're mucking around in. So far, I've completed the following trials with these boots on:
Walked up stairs, walked in the rain, walked my dog in the rain, waded through squishy grass, placed one foot in mud, placed one foot in quicksand (whoops!), walked the dog on a yo-yo, used them operating a chainsaw, and worn them in a submarine. The boots past muster (muckster?) in every instance. The neoprene exterior is pretty warm and flexible, and the steel toes are no joke. It does make these boots weigh a bit more than typical boots, but I'll probably wear them to my next physical so when my doctor says, "been putting on some weight, eh?" I can reply, "no - but I got new boots!"

One person found this helpful

Helpful | Report abuse

Donna Lynn

★★★★★ **GREAT BOOTS RUN BIG!**

Reviewed in the United States on February 24, 2022

Size: 13 Women/13 Men | Color: Brown | **Verified Purchase**

My son wears a 13 shoe, ordered these in 13, HUGE, GIGANTIC, SWAMPED HIS FOOT! Had to return for a 12.

6 people found this helpful

Helpful | Report abuse

La Vie en 🌹 TOP 50 REVIEWER

★★★★★ **Warm, comfortable and great traction muck boots**

Reviewed in the United States on October 30, 2021

Size: 13 Women/13 Men | Color: Black | Verified Purchase



My wife bought these boots for me and when I saw them I thought I wouldn't be able to wear those more than thirty minutes but not they are very comfortable, warm and great overall traction. Sure footed on wet smooth surfaces such as large, flat rocks or concrete.

I have worn these boots all day and have walked several miles over a variety of terrain with out a complaint from my legs or feet. They are very well made.

20 people found this helpful

Helpful | Report abuse

Nobidy

★★☆☆☆ **Skeptical**

Reviewed in the United States on October 25, 2021

Size: 11 Women/11 Men | Color: Brown | Verified Purchase

The boots appear to be durable and fit OK. Main reason I bought these is for underground ladder work so the steel shank is a must.
I'm skeptical because the boot bends extremely easy just past the heel AKA the arch. The place where a steel shank is needed most. I see it, looks like a stick of gum in size. Not sure it's long enough and definitely doesn't look like it's in the right spot. About an inch back towards the heel would have been ideal. I will update this when I try them out

3 people found this helpful

Helpful | Report abuse

blaine

★★★★★ **Buy one size smaller**

Reviewed in the United States on December 19, 2021

Size: 10 Women/9 Men | Color: Black | Verified Purchase

I was concerned with all the reviews that the boots came large so I ordered a 9 when I always, always wear a 10d in everything.

Glad I did because even with a thick pair of cotton socks, they are still quite roomy.

Maybe with a thick pair of wool socks they would be snug but unless you are planning on wearing two thick pairs of wool socks, buy a size smaller.

These boots run very large. Measure your foot and follow the sizing chart.

2 people found this helpful

Helpful    | Report abuse

Alphonso

★★★★★  **Very comfortable and well-made**

Reviewed in the United States on February 7, 2022

Size: 11 Women/10 Men | Color: Brown | **Verified Purchase**

I drive a concrete mixer I'm always standing in cement and water slurry or in the mud . These Boots keep your feet dry and with a nice pair of wool socks very warm. A lot nicer than the Carhartt. Thicker rubber and half the price

3 people found this helpful

Helpful    | Report abuse

He Xue

★★★★★  **Comfortable**

Reviewed in the United States on March 28, 2022

Size: 11 Women/11 Men | Color: Reed Grass | **Verified Purchase**

My size is 10 so I order 11. I know it's a little bit bigger but I put it on off almost every day for my kitchen floor washing. Sorry I am not use it for hunting, I really love this boot, comfortable, waterproof, lightweight, and the steel head is the super safe work in the kitchen.

One person found this helpful

Helpful    | Report abuse

See all reviews ›

### Top reviews from other countries

Amazon Customer

★★★★★  **Warm, dry and comfortable.**

Reviewed in Canada on May 24, 2022

Size: 12 Women/12 Men | Color: Brown | **Verified Purchase**

These boots are exactly what I expected. Very comfortable and warm . They're not supposed to crack like other brands and I hope it's true . They have a different rubber than my last ones , so I'm optimistic. Glad I ordered these .

Report abuse

Renee Robitaille

★★★★★  **Great**

Reviewed in Canada on April 29, 2022

Size: 11 Women/11 Men | Color: Black | **Verified Purchase**

These are very solid Made boots , true to size... very well made ... comfortable... they are warm.. no water got thru them .. very pleased with them



Report abuse

Ryan

★☆☆☆☆  **Nice customer service.**

Reviewed in Canada on January 11, 2022

Size: 10 Women/9 Men | Color: Brown | Verified Purchase

Nice customer service but I would never recommend these boots for work.
It is 2times I have tried these boots but they all have leaking problems despite new boots. (One now was leaking and I claimed it and they offered me a new one but still leaking..)

Report abuse

Amazon Customer

★★★☆☆ **seems to be good quality**
Reviewed in Canada on June 15, 2022
Size: 11 Women/11 Men | Color: Brown | Verified Purchase

Fast shipping, boots seem to be good quality. Only used them once so far and they seemed good

Report abuse

Paul Flanders

★☆☆☆☆ **Really cheap sent back**
Reviewed in Canada on March 11, 2022
Size: 11 Women/10 Men | Color: Brown | Verified Purchase

Cheapest ever seen

Report abuse

See all reviews ›



**Live Your Passion**

TIDEWE Rubber Boots for Men Multi-Season, Waterproo…
★★★★☆ 2,572   $73.99 ✓prime
Shop now

Sponsored ⓘ

---

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card

**Let Us Help You**
Amazon and COVID-19
Your Account

| | | | |
|---|---|---|---|
| About Amazon | Supply to Amazon | Amazon Secured Card | Your Orders |
| Sustainability | Become an Affiliate | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Become a Delivery Driver | Shop with Points | Amazon Prime |
| Investor Relations | Start a package delivery business | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Your Recalls and Product Safety Alerts |
| | Host an Amazon Hub | | Amazon Assistant |
| | › See More Ways to Make Money | | Help |

amazon

⊕ English     🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Advertising<br>Find, attract, and engage customers | Amazon Drive<br>Cloud storage from Amazon | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Alexa<br>Actionable Analytics for the Web |
| Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Web Services<br>Scalable Cloud Computing Services |
| Audible<br>Listen to Books & Original Audio Performances | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | DPReview<br>Digital Photography | Fabric<br>Sewing, Quilting & Knitting | Goodreads<br>Book reviews & recommendations |
| IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands | Amazon Warehouse<br>Great Deals on Quality Used Products |
| Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home | Neighbors App<br>Real-Time Crime & Safety Alerts |
| | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | | | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2022, Amazon.com, Inc. or its affiliates