

# lituo sport

**Visit the lituo sport storefront**

★★★★★ | **100% positive** in the last 12 months (115 ratings)

## About Seller

lituo sport is committed to providing each customer with the highest standard of customer service.

### Have a question for lituo sport?

[ Ask a question ]

## Feedback

★★★★★ "love um"
By Amazon Customer on August 12, 2022.

★★★★★ "For the price this is looks to be an excellent product. I purchased these waders for my wife and I in both cases the overall shoe and body fit was spot on."
By derek mccandless on August 10, 2022.

★★★★★ "Absolutely love these deck boots. Great fit and very comfortable."
By Samuel on August 10, 2022.

★★★★★ "As promised"
By Amazon Customer on August 10, 2022.

★★★★★ "AS DESCRIBED. DO A GREAT JOB AT KEEPING FEET DRY."
By Anthony Economou on August 9, 2022.

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 100% | 100% | 100% |
| Neutral | 0% | 0% | 0% | 0% |
| Negative | 0% | 0% | 0% | 0% |
| Count | 26 | 56 | 115 | 115 |

Previous Next

**Leave seller feedback**

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** DONGGUANSHI LITUO YUNDONGYONGPIN YOUXIANGONGSI
**Business Address:**
wanjiangjiedao wanjiangshequ guansuidadao
wanxinggongyequ Ehuishanghwugang 350 351shi
dongguan
guangdong
523000





| Listen to Books & Original Audio Performances | Depository Books With Free Delivery Worldwide | Mojo Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Sewing, Quilting & Knitting | Book reviews & recommendations |
| IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products |
| Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts |
|  | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified |  | Amazon Renewed Like-new products you can trust |  |  |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2022, Amazon.com, Inc. or its affiliates