

- 【High-Performance Boots】Rubber boots have an anti-slip sole for the best traction on muddy or slippery surfaces. With neoprene lining inside, They keep you sturdy on your feet, without sacrificing your comfort, during any hunting or fishing excursion.
- 【DRYCODE Rubber Boot 100% SATISFACTION GUARANTEED】We offer a 60-day, no questions asked, money-back guarantee with our One Year Warranty. If you don't like it - FOR WHATEVER REASON - we'll give you your money back. Buy with confidence!



Live Your Passion

TIDEWE Rubber Boots for Men...
2,572
$49.99 prime

Sponsored



DRYCODE Rubber Hunting Boots for Men and Women, Insulated Waterproof Camo Warm Rubb...
$69.88 prime
$5 off coupon

Sponsored

## 4 stars and above
Sponsored

  

| DRYCODE Muck Work Boots for Men with Steel Shank, Waterproof Rubber Boots, Warm... | 8 Fans Rubber Hunting Boots with 1000G Thinsulate Insulation,Realtree... | Dark Lightning Rubber Boots for Men and Women,Waterproof Muck Rain Boots with... | WTW Rubber Rain Boots for Men Multi-Season Mid Waterproof Insulated Neoprene... | WTW Men's Rain Boots Neoprene - Waterproof Insulated Muck Boots for Men Winter Snow... |
|---|---|---|---|---|
| 427 | 70 | 643 | 388 | 327 |
| $59.88 prime | $129.99 prime | $59.90 prime | $51.99 prime | $59.99 prime |
| Save $5.00 with coupon (some sizes/colors) | | | Save $5.00 with coupon (some sizes/colors) | |

## Special offers and product promotions

- ☐ Clip this coupon to save $5 on this product when you buy from lituo sport. Here's how ⌄ (restrictions apply)
- Save 5% on Rubber Boots for Boy when you purchase 1 or more Rubber Boots for Men offered by lituo sport. Here's how ⌄ (restrictions apply)

Add both to Cart

## Product Description

**Breathable & Comfortable Insole.**

**100% Water-resistant Lightweight Neoprene Boots for Extreme Outdoor Conditions.**

**Sturdy pull tabs for easy-on/easy-off convenience and safety.**



|  | DRYCODE Deck Fishing Boots for Men | DRYCODE Deck Fishing Boots for Men | DRYCODE Rubber Boots for Men All-Season | DRYCODE Rubber Boots for Men All-Season | DRYCODE Muck Rubber Boots for Men and Women | DRYCODE Rain Boots for Men ALL Seasons |
|---|---|---|---|---|---|---|
| Insulation | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Color | Aqua Blue | Graphite Black | Dark Brown | Graphite Black | Graphite Black | Dark Brown |
| Material | 3mm Neoprene | 3mm Neoprene | 5mm Neoprene | 5mm Neoprene | 6mm Neoprene | 4.5mm Neoprene |
| Boots Material | Rubber | Rubber | Rubber | Rubber | Rubber | Rubber |
| Waterproof | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Size | US Size Men and Women 7-14 | US Size Men and Women 7-14 | US Size Men and Women 5-14 | US Size Men and Women 5-14 | US Size Men and Women 5-14 | US Size Men and Women 6-14 |

## Product details

**Department :** Mens

**Date First Available :** June 21, 2022

**Manufacturer :** DRYCODE

**ASIN :** B0B4N66GZ8

**Best Sellers Rank:** #22,122 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
  #2 in Men's Hunting Shoes

**Customer Reviews:**     284 ratings

## Inspiration from this brand

**D DRYCODE**
Visit the Store on Amazon        + Follow


Waterproof Durable 6mm Warm Rubber Neoprene Boots


Durable Muck Mud Boots


Great arch support, high boot for protection, the strap at the top are…


Top Muck Mud for Men & Wom



How confident are you in finding a size that will fit you well?

Not at all    Somewhat    Fairly    Very    Extremely

Submit

# Videos

**Videos for this product**


0:44
DRYCODE Muck Boots for Men, Waterproof Rubber Rain Boots
lituo sport

Upload your video

## Products related to this item

Sponsored

    

**DRYCODE Muck Work Boots for Men with Steel Shank, Waterproof Rubber Boots, Warm…**
427
$59.88 prime
Prime Try Before You Buy

**TIDEWE Rubber Neoprene Boots Men And Women, Waterproof Durable 6mm…**
3,469
#1 Best Seller
$79.99 prime
Prime Try Before You Buy

**DRYCODE Kids Rain Boots, Waterproof Rubber Boots with 5.5mm Insulated…**
18
$46.88 prime

**TideWe Rubber Boots for Men Multi-Season, Waterproof Rain Boots with Steel Shank, 6…**
2,572
#1 Best Seller
$66.99 prime
Prime Try Before You Buy

**8 Fans Rubber Hunting Boots with 1000G Thinsulate Insulation,Realtree…**
70
$129.99 prime

---

TIDEWE Rubber Boots for Men Multi-Season, Waterproof Rain Boots with Steel Shank, 6mm Neoprene Durable Rubber Outdoor Hunting Boots Realtree Edge Camo (Black, Brown & Camo)

2,572
$45.99 prime

Shop now

Sponsored

## Customer questions & answers

See questions and answers ›

## Customer reviews

## Reviews with images

4.4 out of 5
284 global ratings

- 5 star 71%
- 4 star 15%
- 3 star 6%
- 2 star 3%
- 1 star 5%

How customer reviews and ratings work



Shop now
Sponsored

  

See all customer images

Top reviews

**Top reviews from the United States**

Julia Shafer  TOP 100 REVIEWER

★★★★★ **These boots are made for walkin'... I LOVE these boots.**

Reviewed in the United States on February 26, 2022

Size: 9 Women/8 Men | Color: Graphite Black | Verified Purchase

 Even though these are advertised as "men's boots", I bought them for myself. I needed something for outside in the mud and snow, and these are great. They fit well, are comfortable, and DRY!! Thick, nonslip tread on the bottom, and warm, comfortable, stetchy upper calves. They go on and come off easily, but aren't lose and don't slip. I'm extremely happy with these boots. They are well made, and seem very durable. ( as a side note, I usually need wide calf women's boots, and these fit me fine with no issue)



11 people found this helpful

Helpful | Report abuse

Lina

★★★★★ **Quality boots at a reasonable price**

Reviewed in the United States on March 5, 2022

Size: 11 Women/10 Men | Color: Graphite Black | Verified Purchase

I bought them for my husband. He just loves these boots. Because they are so practical and comfortable. It is perfect for hunting and fishing in all the elements. My husband wore these all day and they handled the snowy and wet elements. I ordered half size up for him. I figured that will make them easier to get off and wore more socks when it's cold. And the size is perfect for him.

Helpful | Report abuse

Ice

★★★★★ **Good choice!**

Reviewed in the United States on July 21, 2022

Size: 7 Women/6 Men | Color: Graphite Black | Verified Purchase

I bought it for fishing, the packaging is good, there are plastic bubble balls in the shape. The whole is very good, the material is very good, the workmanship is meticulous, the thickness is suitable, and the water release and anti-skid effect is good. The shape is good-looking, like leather boots, and it looks foreign. As rain boots, the value is really high!

2 people found this helpful

Helpful | Report abuse

SQ

★★★★★ **They are a very warm winter boot! So it's perfect for me, since I live in Juneau Alaska!**

Reviewed in the United States on February 24, 2022

Size: 6 Women/5 Men | Color: Dark Brown | Verified Purchase

These boots are perfect if you live in a damp, snowy climate. Even in the summer they are great! The warmest it gets here (in general) is 50's low 70's. Mostly rainy. Juneau Ak!

One person found this helpful

Helpful | Report abuse

Cane

★★★★★ **Love these boots!!!**

Reviewed in the United States on June 5, 2022

Size: 7 Women/6 Men | Color: Graphite Black | Verified Purchase

I ordered these muck boots in black in a mens size 6/ women's size 7 because I loved these boots and the fit was perfect. I normally wear a women's size 7 in a boot and took a chance on ordering these. I even have room to wear socks without them being too big. The fit is perfect. Purchased for heavy rain and landscaping/ yard work. I plan on buying these boots again for me in brown.

Helpful | Report abuse

Mark Ritter

★★★★★ **Comfortable**

Reviewed in the United States on January 7, 2022

Size: 11 Women/10 Men | Color: Graphite Black | Verified Purchase

What you would expect of this boot

One person found this helpful

Helpful | Report abuse

Fletch

★☆☆☆☆ **Not surprised**

Reviewed in the United States on March 9, 2022

Size: 11 Women/11 Men | Color: Dark Brown | Verified Purchase

I bought these to try after being a 10 yr. Muck user.
My normal size (11) in Drycode was way too big.
The 6mm thickness feels sturdy but the sole and instep felt very soft and floppy.
Everybody likes to save some money, but the value just is not here, imo.

5 people found this helpful

Helpful | Report abuse

Greta Zambaras

★★★★★ **Can't beat these boots for the price**

Reviewed in the United States on April 8, 2022

Size: 11 Women/10 Men | Color: Graphite Black | **Verified Purchase**

I wear these all day for work with zero complaints. Very happy with my purchase, a solid boot at a great price.

Helpful | Report abuse

See all reviews ›

### Top reviews from other countries

**LB**

★★★★☆ **True to size for foot - calf is snug**

Reviewed in Canada on November 30, 2021

Size: 10 Women/9 Men | Color: Dark Brown | **Verified Purchase**

The fit was true to size, although calf fit is snug. Because of the tight calf fit (with pants tucked in) - getting these off requires you to use one boot against the other. These boots do not have any tab on the heel to help get boots off when you use the toe of one boot against the other) - so will probably wear in the heel area.

Report abuse

**LM**

★★★★★ **Fitted as hoped. Traction sole is better than conventional heel rubber boots.**

Reviewed in Canada on December 10, 2021

Size: 9 Women/8 Men | Color: Graphite Black | **Verified Purchase**

Selected my normal size and found/liked that the inside had enough space for extra heavy socks. Also found the calf width just right for my needs: heavy socks and long johns inside while my nylon pant legs go over the boot instead of in the boot.

Report abuse

**LiveWire**

★★★★★ **Simply Outstanding!**

Reviewed in Canada on December 12, 2021

Size: 10 Women/9 Men | Color: Graphite Black | **Vine Customer Review of Free Product** ( What's this? )

Once again, I am more than impressed with this brand. I have now had the opportunity to test out several styles of Drycode footwear and they do not seem to disappoint.

These are well constructed boots. They feel very tough and durable, but they are still soft enough to feel very comfortable. The inner lining really contributes to the soft feeling and these boots easily flex and move with my foot movements without any discomfort to me whatsoever. They seem to fit just right too. I would say that these are true to size for the most part.

As before, I really like the nice, deep lugs on DryCode boots. They definitely provide very good grip. Equally impressive is the way the Rubber Neoprene design along with the thin inner lining layer (EVA fleece as they call it) really help to retain your heat. I think these will make for perfect mud and Winter boots without feeling clunky. These are very easy to walk in.

˅ Read more

Report abuse

Anwaan Jiimiz

★★★★★ **Excellent in comfort and function. Very competitively priced too.**

Reviewed in Canada on November 4, 2021

Size: 13 Women/13 Men | Color: Graphite Black | **Vine Customer Review of Free Product** ( What's this? )

Edit March 5th 2022: "I have now had these through almost an entire winter. I have used them in knee deep snow, shoveling my walkway, walking in general, and even with no socks on and they are still as good as I said in the first version of this review. They shine in circumstances where you really want good traction and they chew up snow and slush with ease."

I'm always wary when buying footwear without trying it on. Having size 13 feet that are on the wide side can be an issue with a lot of products. I slipped these on with ease and was really happy that they fit plus there's extra room for some heavier socks. Easily tucked my jeans inside the neoprene uppers that go about 3/4 the way up my calves. Walking in them was comfortable and while being a higher boot, the neoprene with it's flexibility made it way more pleasant than some similar boots. The tops of the boots don't rub against your calves and if they do, because they are of a softer material, they don't cause any issues.

Read more

20 people found this helpful

Report abuse

Ailsa S

★★★★☆ **Sturdy, waterproof, non slip soles**

Reviewed in Canada on November 21, 2021

Size: 8 Women/7 Men | Color: Graphite Black | **Vine Customer Review of Free Product** ( What's this? )

These are men's boots but I bought the small size (ladies' 8) and was impressed with the soles in particular. There is a lot of room for the foot, width and depth. I take an 8 wide and there is plenty of room for thick socks. In the footwell that is. The shaft is a different story. I'm 5'1" and average calf size. I barely got them on with thin cotton yoga pants but no way could I use jeans or fall/winter pants. The shaft is too narrow and even narrows a bit more at the very top. There is a hard tab at the top inside that chafes and irritates the skin and penetrates through the pants.

The neoprene is only half way down because half the shaft is impenetrable rubber which is great. The soles have deep ridges and are really thick and non-skid. Apart from the fact that I can't wear them due to the too-narrow shaft, these are excellent quality. So if you have wide feet with a slim calf, these are the muck/work boots for you.

Report abuse

See all reviews ›

## Products related to this item
Sponsored

    

| DRYCODE Muck Work Boots for Men with Steel Shank, Waterproof Rubber Boots, Warm… | TIDEWE Rubber Neoprene Boots Men And Women, Waterproof Durable 6mm… | 8 Fans Rubber Hunting Boots with 1000G Thinsulate Insulation, Realtree… | TideWe Rubber Boots for Men Multi-Season, Waterproof Rain Boots with Steel Shank, 6… | Vinlas Rubber Muck Boots for Men, Durable Neoprene Hunting Boots, Mens… |
|---|---|---|---|---|
| 427 | 3,469 | 70 | 2,572 | 5 |
| $59.88 prime | #1 Best Seller  $79.99 prime | $129.99 prime | #1 Best Seller  $71.99 prime | $54.99 prime |
| Save $5.00 with coupon (some sizes/colors) | | | | |
| Prime Try Before You Buy | Prime Try Before You Buy | | Prime Try Before You Buy | |

---

TIDEWE   Live Your Passion      TIDEWE Rubber Boots for Men Multi-Season, Waterproo…   2,572   $45.99 prime   Shop now

Sponsored

---

### Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Account |
| About Amazon | Supply to Amazon | Amazon Secured Card | Your Orders |
| Sustainability | Become an Affiliate | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Become a Delivery Driver | Shop with Points | Amazon Prime |
| Investor Relations | Start a package delivery business | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Your Recalls and Product Safety Alerts |
| | Host an Amazon Hub | | Amazon Assistant |
| | › See More Ways to Make Money | | Help |

amazon    English    United States

| Amazon Music Stream millions of songs | Amazon Advertising | Amazon Drive | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |

| | Find, attract, and engage customers | Cloud storage from Amazon | | | | |
|---|---|---|---|---|---|---|
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations |
| IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products |
| Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts |
| | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2022, Amazon.com, Inc. or its affiliates