IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
APR 11 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| JAMES K. DONOHUE AND DRYSHOD INTERNATIONAL, LLC, PLAINTIFFS, | § § § § | |
| V. | § § | CAUSE NO. 1:22-CV-00583-LY |
| ZHENYIN "STEVEN" WANG D/B/A DRYCODE, DEFENDANT. | § § § | |

**ORDER**

On November 18, 2022, this court held the Report and Recommendation of the United States Magistrate Judge, filed September 7, 2022 (Doc. #28), in abeyance, and allowed the parties to engage in jurisdictional discovery. In light of Plaintiffs' Supplemental Response After Jurisdictional Discovery to Defendant's Motion to Dismiss, filed January 17, 2023 (Doc. #41),

**IT IS ORDERED** that the Report and Recommendation of the United States Magistrate Judge, filed September 7, 2022 (Doc. #28), is **REJECTED**.

SIGNED this _11th_ day of April, 2023.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE