IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JAMES K. DONOHUE and<br>DRYSHOD INTERNATIONAL, LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ZHENYIN "STEVEN" WANG D/B/A<br>DRYCODE,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 1:22-CV-00583-DII |

## **ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dustin M. Howell concerning Defendant Zhenyin Wang's ("Wang") Combined Motion to Dismiss for Lack of Personal Jurisdiction Under Rule 12(b)(2), Insufficient Service of Process Under Rule 12(b)(5) and to Reconsider the Court's July 22, 2022 Oreder [sic] Under Rule 54(b), (Dkt. 18). (R. & R., Dkt. 47). Wang timely filed objections to the report and recommendation. (Objs., Dkt. 50).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Wang timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Wang's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Dustin M. Howell, (Dkt. 47), is **ADOPTED**.

1

**IT IS FURTHER ORDERED** that Wang's Combined Motion to Dismiss for Lack of Personal Jurisdiction Under Rule 12(b)(2), Insufficient Service of Process Under Rule 12(b)(5) and to Reconsider the Court's July 22, 2022 Oreder [sic] Under Rule 54(b), (Dkt. 18), is **DENIED**.

**SIGNED** on June 20, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE