IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JAMES K. DONOHUE; and<br>DRYSHOD INTERNATIONAL, LLC, | §<br>§<br>§ | |
| Plaintiffs, | §<br>§ | |
| v. | §<br>§ | 1:22-CV-00583-DII |
| ZHENYIN "STEVEN" WANG D/B/A<br>DRYCODE, | §<br>§<br>§<br>§ | |
| Defendant. | §<br>§ | |

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Dustin M. Howell concerning Plaintiffs' Motion for Preliminary Injunction, (Dkt. 6). (R. & R., Dkt. 48). Defendant Zhenyin "Steven" Wang d/b/a Drycode ("Wang") timely filed objections to the report and recommendation. (Objs., Dkt. 51).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Wang timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Wang's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that:

1. The report and recommendation of United States Magistrate Judge Dustin M. Howell, (Dkt. 51), is **ADOPTED**.

2. Plaintiffs' Motion for Preliminary Injunction, (Dkt. 6), is **GRANTED** only insofar as the Court will enter the following preliminary injunction. Any request for relief not granted is denied.

3. Until the Court enters judgment in this case, Wang is hereby **ENJOINED** from (1) all use of the infringing DRYCODE mark (and any other marks confusingly similar to Dryshod's) in the United States; and (2) all manufacturing, marketing, importation, distribution, and sale of Infringing Products[1] in the United States.

4. Pursuant to Federal Rule of Civil Procedure 65(c), Plaintiffs are required to post a $10,000.00 bond.

**SIGNED** on June 21, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

---

[1] "Infringing Products" is defined in Plaintiffs' Motion for Preliminary Injunction. (*See* Dkt. 6, at 4).